**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7062**

DELL LAYFETTE CARTER,

               Plaintiff - Appellant,

     v.

RAYFORD ERVIN, Clover Police Department; FRANK SADLER,
Clover Police Department; GARY LOVE, Clover Police
Department; RICHARD GOACH, Clover Police Department; LESSLEY
MOSELY, Clover Police Department; MAGISTRATE JUDGE EDWARD
HARVEY; COSTA PLEICONE, Trial Judge; DERHAM COLE, Trial
Judge; SOCIAL SECURITY ADMINISTRATION; SOLICITOR WILLY
THOMPSON; PUBLIC DEFENDER HARRY DEST,

               Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Terry L. Wooten, Chief District
Judge.  (0:14-cv-00865-TLW)

Submitted:  October 21, 2014      Decided:  October 24, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dell Layfette Carter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dell Layfette Carter seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint alleging claims under 42 U.S.C. § 1983 (2012) and claims against the Social Security Administration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Carter v. Ervin, No. 0:14-cv-00865-TLW (D.S.C. June 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2